**IN THE UNITED STATE DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **VALERIE WILEY AND** | § | |
| **BRIANA HIGHTS** | § | |
| *Plaintiffs* | § | |
| | § | **CIVIL ACTION NO. 1:17-cv-603** |
| **VS.** | § | |
| | § | |
| **JOSH HARBOURNE** | § | |
| *Defendant* | § | **JURY DEMANDED** |

## DEFENDANT JOSH HARBOURNE'S NOTICE OF REMOVAL

**TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:**

Defendant Josh Harbourne, files this Notice of Removal, pursuant to 28 U.S.C. §§ 1332(a) and 1441(b), and would show the following:

1.     Plaintiffs', Valerie Wiley and Briana Hights, civil suit against Defendant Josh Harbourne is removable to this Court.  Complete diversity exists between Plaintiffs and the Defendant, the amount in controversy exceeds $75,000.00, exclusive of interest and costs, and this removal is being filed within the time period permitted under § 1441 (b).  *See* Exhibit 1, Plaintiffs' Petition.

2.     Plaintiffs filed Cause No. D-1-GN-17-001405, styled *Valerie Wiley and Briana Hights.,* in the 345th Judicial District Court of Travis County, Texas.

3.     Josh Harbourne is the only Defendant in the lawsuit.  Defendant is a resident of the United Kingdom.  *Id.*

4.     On May 22, 2017, the undersigned counsel was retained to represent Defendant Josh Harbourne.  May 22, 2017 was the date counsel for Defendant received

103-110

Plaintiffs' Original Petition, which was counsel and Josh Harbourne's first notice that a Petition or Complaint had been filed in Travis County seeking damages in excess of $75,000.00. In accordance with 28 U.S.C. § 1446(b)(l), this Notice of Removal is filed within 30 days after Defendant or Defendant's counsel's first notice of the lawsuit. *See* Exhibit 4 (United States Postal Service tracking showing the Petition has not been delivered to Defendant in the United Kingdom).

5.      This Notice of Removal also is being filed within one (1) year after the commencement of the action in accordance with 28 U.S.C. § 1446(c)(l).

6.      Complete diversity exists between the parties as required by 28 U.S.C. § 1332(a):

     a.      Plaintiff Valerie Wiley is an individual and citizen of the State of Texas, residing in Travis County, Texas.
     b.      Plaintiff Briana Hights is an individual and citizen of the State of Texas, residing in Travis County, Texas.
     c.      Defendant Josh Harbourne is an individual and citizen of the United Kingdom.

*See also* Plaintiffs' Original Petition (Exhibit 1) which admits diversity of the parties.

7.      In the Original Petition, Plaintiffs admits they seek monetary relief over $1,000,000.00. Accordingly, the amount in controversy exceeds $75,000.00, as required by 28 U.S.C. § 1332(a). See Exhibit 1 (Plaintiffs' Original Petition).

8.      Defendants will file with the Federal Court a copy of all process, pleadings, and orders as required by 28 U.S.C. § 1446(a).

103-110

9.     Defendant will serve Plaintiffs with a copy of this Notice of Removal and will file a Notice with the Clerk of the 345th District Court of Travis County, Texas as required by 28 U.S.C. § 1446(d).

10.     Plaintiff demanded a jury in the State Court action.

Respectfully submitted,

**BENJAMIN, VANA, MARTINEZ & BIGGS, LLP**

By:  ___/s/ *Dan Vana*_____
   **Dan Vana**
   Texas State Bar No. 20435750
   danvana@benlawsa.com

2161 NW Military Highway, Suite 111
San Antonio, Texas  78213
Telephone:  (210) 881-0667
Facsimile:  (210) 881-0668

**COUNSEL FOR DEFENDANT,**
**JOSH HARBOURNE**

<u>**CERTIFICATE OF SERVICE**</u>

This is to certify that a true, full and correct copy of the above and foregoing has, this 21st day of June 2017, electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following and, if such person is not a member of the CM/ECF system, then service will be made in accordance with Rule 5 (b) of the Federal Rules of Civil Procedure.

Christopher Kwon, Esq.
Kwon Law, PLLC
2800 Broadway C-521
Pearland, Texas 77581

_____/s/ *Dan Vana*_____
Dan Vana

103-110