IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| VALERIE WILEY and BRIANA HIGHTS, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 1:17-CV-603-RP |
| | § | |
| JOSH HARBOURNE, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is the parties' Agreed Motion to Dismiss with Prejudice. (Dkt. 23). The parties stipulate that they have resolved all causes of action and that this action should be dismissed with prejudice. (*Id.*). Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows a plaintiff to dismiss an action upon filing a stipulation of dismissal signed by all parties who have appeared. Plaintiffs have done so. "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013).

The Court therefore **ORDERS** that the Clerk of Court **CLOSE** this action. All motions pending in this action are **DENIED AS MOOT**.

**SIGNED** on December 12, 2018.

_____

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE